1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   PETER B. AXELROD (CABN 190843)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7016

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

| UNITED STATES OF AMERICA, | ) | No. CR 10-0068 WHA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL AND REQUEST TO STRIKE SURPLUSAGE |
| JOHN BROSNAN, | ) | |
| Defendant. | ) | (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses count 5 of the above indictment without prejudice. The United States further moves to strike the following language in paragraph 13(a): "and copying letterhead from prior correspondence BROSNAN received from Brysk in prior legal proceedings;" and to strike paragraph 13(b).

DATED: October 7, 2010                     Respectfully submitted,

                                           MELINDA HAAG
                                           United States Attorney

                                                /s/
                                           _____
                                           BRIAN J. STRETCH
                                           Chief, Criminal Division

NOTICE OF DISMISSAL (CR10-0068 WHA)

1  Leave is granted to the government to dismiss count 5 of the indictment and to strike the
2  following language in paragraph 13(a): "and copying letterhead from prior correspondence
3  BROSNAN received from Brysk in prior legal proceedings;" and to strike paragraph 13(b).

6  Date: October 8, 2010.

   _____
   Honorable William H. Alsup
   United States District Judge