MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0068 WHA |
| Plaintiff, | UNITED STATES' APPLICATION AND [PROPOSED] ORDER RE: EXTENDING TRIAL SUBPOENAS |
| v. | |
| JOHN BROSNAN, | Trial Date: November 29, 2010 |
| Defendant. | Time: 7:30 a.m. |

## APPLICATION

The United States applies to the Court for an order extending the effectiveness of the previously served trial subpoenas to the new trial date of November 29, 2010.

Prior to October 12, 2010, the United States served witnesses with subpoenas, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, that required them to appear on October 18, 2010, the previously scheduled date for trial.

///

U.S. APP AND [PROPOSED] ORDER
RE: EXTENDING TRIAL SUBPOENAS
CR 10-0068 WHA                    1

1  On October 12, 2010, at the defendant's request, the Court continued the trial to
2  November 29, 2010. In order to avoid the expense and effort of re-serving these witnesses with
3  new trial subpoenas that reflect the new date, the United States asks the Court to order that any
4  previously served subpoenas are in effect for the new date of November 29, 2010.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 10/13/10

/S/

PETER B. AXELROD
ROBIN L. HARRIS
Assistant United States Attorneys

## **ORDER**

Based on the foregoing application, and good cause appearing, the Court hereby ORDERS that any trial subpoena issued by the United States prior to October 12, 2010 that required compliance on October 18, 2010 shall remain in full force and effect with a new compliance date of November 29, 2010, at 7:30 a.m.

IT IS SO ORDERED.

Dated: October 14, 2010.

WILLIAM H. ALSUP
United States District Judge

U.S. APP AND [PROPOSED] ORDER
RE: EXTENDING TRIAL SUBPOENAS
CR 10-0068 WHA                        2