MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
ROBIN L. HARRIS (CABN 123364)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Fax: (415) 436-7234
   E-mail: peter.axelrod@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-0068 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| JOHN BROSNAN, | |
| Defendant. | |

     Plaintiff, United States of America, by and through MELINDA HAAG, United States Attorney for the Northern District of California, and, Assistant United States Attorneys Peter B. Axelrod and Robin L. Harris for the Northern District of California, and the defendant, John Brosnan, and his attorneys, Assistant Federal Public Defenders Geoffrey A. Hansen and Elizabeth Falk, hereby stipulate and agree as follows:

     WHEREAS the defendant is charged in a ten-count Indictment charging violations of Title 18, United States Code, sections 1343 (wire fraud), 1503 (obstruction of justice),

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER,
CR No. 10-0068 WHA         1

1623(a)(perjury) and 1028(a)(1) (aggravated identity theft); the United States is in possession of a computer provided by a third party witness, Don Oberle, which the United States may seek to introduce into evidence in the upcoming criminal trial of this matter (specifically, a Dell Latitude D810 with serial number FWSVJ81 with a Western Digital 120 GB hard drive with serial number WXE907575688 (the Oberle computer)); the United States and the defendant recognize that Mr. Oberle is uncharged third party witness in this case, there are sensitivities to the information contained on his computer, which may include personal identifying information and private information of other third parties (beyond Mr. Oberle), and there is an extensive litigation history between the defendant and Mr. Oberle; the parties agree to the following conditions to ensure the defense is provided with a copy of the Oberle computer.

IT IS HEREBY STIPULATED AND AGREED:

1. The provisions of this Protective Order apply to any image of the Oberle computer provided to the defense and all of its contents.

2. The following individuals (the "defense team") may obtain and examine an image of the Oberle computer under the conditions set forth herein for the sole purpose of preparing the defense and for no other purpose:

    a. Counsel for defendant;

    b. Persons employed by defense counsel who are assisting with the preparation of the defense;

    c. Any expert retained on behalf of the defendant to assist in the defense of this matter;

    d. Any investigator retained on behalf of defendants to assist in the defense of this matter.

3. The United States shall make one forensic copy of the Oberle computer (the Oberle image) for the defense team. The Oberle image shall remain at the Federal Public Defender's Office at 450 Golden Gate Avenue or at the office of any expert retained by the defense for the specific purpose of a forensic review of the Oberle image and shall not be removed from either of those locations by any member of the defense team.

4. Prior to receiving access to the Oberle image, the defense team members involved in that

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER,
CR No. 10-0068 WHA                                                                                                       2

examination shall sign a copy of this Certification to be filed with the Court acknowledging that:

    a.    S/he has reviewed the Order;

    b.    S/he understands the contents;

    c.    S/he will only access the Oberle image for the purposes of preparing a defense;

    d.    S/he will not remove the Oberle image or any of its contents from either the Federal Public Defender's Office or the office of any expert retained by the defense for the specific purpose of a forensic review of the Oberle image; and

    e.    S/he understands that failure to abide by this Order may result in sanctions by this Court.

6. This Stipulated Order is a negotiated procedure by the parties in this case. A copy of this Stipulation and Protective Order shall be maintained with the Oberle image at all times.

7. Any disputes concerning this Stipulation and Protective Order shall be resolved by this Court only after counsel for the United States and defendant have first conferred and attempted to resolve the dispute.

8. Within ten (10) working days of the final judgment or other final disposition of the instant case (including any direct appeal), the Oberle image shall be returned to the Federal Bureau of Investigation whether or not a specific request has been made for its return. No information derived from the Oberle image may be used for any subsequent purpose or retained in any form including any data base or files.

9. A willful violation of this Order shall constitute a criminal contempt of Court for which sanctions are provided by law. The parties who agree to receive information which is subject to this Order agree that this Court has jurisdiction to enter this Order.

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

                                        /S/

DATED: October 5, 2010                _____
                                        PETER B. AXELROD
                                        ROBIN L. HARRIS

1 | Assistant United States Attorneys

2 DATED: October 5, 2010

/S/
_____
ELIZABETH FALK
GEOFFREY A. HANSEN
Attorneys for John Brosnan

/S/
_____
JOHN BROSNAN
Defendant

DATED: October 12, 2010

SO ORDERED.

DATED: _October 14, 2010._____

*[signature: Wm Alsup]*
_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

STIPULATION AND [PROPOSED] INTERIM PROTECTIVE ORDER,
CR No. 10-0068 WHA                                                                                                              4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0068 WHA |
| Plaintiff, ) | |
| ) | CERTIFICATION TO PROTECTIVE ORDER |
| v. ) | |
| JOHN BROSNAN, ) | |
| Defendant. ) | |
| _____ ) | |

The undersigned, _____, acknowledges that s/he has received a copy of the Protective Order in the matter of <u>United States v. John Brosnan</u>, CR 10-0068 WHA, and has read, understands, and agrees to the terms of the Stipulation and Protective Order, and hereby submits to the jurisdiction of the United States District Court for the Northern District of California for the purposes of enforcement of the terms and punishment of any violations thereof.

Date: _____          _____

5