IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.
                                 /

No. CR 10-0068 WHA

**ORDER DENYING DEFENDANT'S MOTION TO ALTER TRIAL SCHEDULE OR TO CONTINUE TRIAL**

    Prepaid tickets is a good excuse for postponement of jury service but is not good enough for continuing a trial at the behest of a paid expert. The expert is being paid for her services and must conform her schedule to the schedule already worked out for her benefit. If she has to miss a continuing education course out of town and eat the cost of a prepaid ticket then so be it. That is one of the costs of doing business. Motion **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE