United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

                   No. CR 10-0068 WHA

                   **ORDER REGARDING DEFENDANT'S MOTION TO RECUSE**

      Defendant filed a motion to recuse the undersigned. The Clerk shall refer this motion to another judge for decision. The Court notes that this motion comes after the deadline of October 15 for any motion to recuse. Please be aware that the case is set for trial on November 29, 2010, after one prior continuance.

      **IT IS SO ORDERED.**

Dated: October 21, 2010.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE