IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN BROSNAN, <br><br> Defendant. <br> _____ / | No. CR 10-00068 WHA <br><br> **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL FALK DECLARATION; DENYING GOVERNMENT'S MOTION TO UNSEAL SAME; AND GRANTING GOVERNMENT'S REQUEST FOR EXPEDITED BRIEFING SCHEDULE AND HEARING ON MOTION FOR RECUSAL** |

On October 21, 2010, Defendant filed a Motion for Recusal, in which he asks that the Honorable William H. Alsup recuse himself from presiding over the trial in this matter. That motion has been referred to the undersigned for resolution.

In support of his motion, Defendant submits a declaration from Elizabeth M. Falk, which he moves to file under seal. Upon review of the declaration, the Court shall grant it in part. The Court finds that paragraphs 3 and 4 of that declaration contain confidential attorney-client communications and should not be made part of the public record. In contrast, paragraphs 1 and 2 do not contain attorney-client privilege communications and, thus, shall be filed publicly. Accordingly, Defendant is HEREBY ORDERED to file a redacted version of the declaration by no later than November 1, 2010.

The Government moves to unseal Ms. Falk's declaration. That request is DENIED AS MOOT. On October 28, 2010, the Government filed its opposition to the motion. Moreover, it

is apparent to the Court from a review of paragraphs 3 and 4 that disclosure of these paragraphs is not required to permit the Government to meaningfully oppose the motion. The Court, however, reserves the right to revisit this ruling if necessary.

Finally, the Government moves to set an expedited briefing schedule and hearing on the motion. As noted, the Government has filed its opposition brief. In light of the impending trial date, the Court finds good cause to grant that request. Accordingly, Defendant shall file his reply by no later than 12:00 p.m. on Tuesday, November 2, 2010. The Court shall hold a hearing on Friday, November 5, 2010 at 9:00 a.m.. If the Court finds the matter suitable for disposition without a hearing, it shall notify the parties in advance of the hearing.

**IT IS SO ORDERED.**

Dated:   October 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE