IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 10-0068 WHA |
| v. | |
| JOHN BROSNAN, | **ORDER REGARDING DEFENDANT'S MOTION TO EXCLUDE EVIDENCE** |
| Defendant. / | |

The government shall please respond to defendant's motion to exclude evidence by **TUESDAY, NOVEMBER 16, 2010, AT NOON**.

**IT IS SO ORDERED.**

Dated: November 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE