**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.
                                  /

No. CR 10-0068 WHA

**ORDER REGARDING MODEL INSTRUCTION 1.5**

      What published decision of the Court of Appeals for the Ninth Circuit specifically approved Model Instruction 1.5? Please advise by 2:15 p.m. today.

    **IT IS SO ORDERED.**

Dated: December 3, 2010.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE