IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BROSNAN,<br><br>    Defendant.<br>                                    / | No. CR 10-0068 WHA<br><br>**ORDER REGARDING STORAGE DEVICE** |

     Defense counsel shall bring the storage device in question to the hearing today. Whether or not the Court will require it to be turned over will be discussed at the hearing.

**IT IS SO ORDERED.**

Dated: March 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE