**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   UNITED STATES OF AMERICA,
11            Plaintiff,                          No. CR 10-0068 WHA
12      v.
13   JOHN BROSNAN,                                **ORDER SETTING HEARING
                                                  ON MOTION FOR PERMISSION
14            Defendant.                          TO TRAVEL TO DISTRICT OF
                                            /     NEVADA**
15
16         A hearing on a motion for a new trial — or sentencing, if the motion is withdrawn — is

17   set in this matter for **APRIL 5, 2011, AT 2:00 P.M.**  Defendant's trial counsel, as opposed to his

18   new counsel, have now filed a motion for permission for defendant to travel to the District of

19   Nevada "for two days to retrieve personal property and potential exculpatory evidence which he

20   believes might be located in or around Gardnerville, NV."  Counsel did not notice a hearing

21   before either the assigned judge or a magistrate judge.  Because the hearing of the motion for

22   permission to travel impacts the schedule on the motion for a new trial, the undersigned judge

23   will hear the motion for permission to travel tomorrow, **MARCH 29, 2011, AT 2:00 P.M.**

24
25         **IT IS SO ORDERED.**
26
27   Dated:  March 28, 2011.                      _____
28                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE