IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 10 - 0068 WHA |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ **ORDER RE: POSSESSION OF DEFENDANT'S GUNS** |
| JOHN BROSNAN, | |
| Defendant. | |

**[PROPOSED] ORDER**

With the agreement of the defendant, the Pretrial Services Officer assigned to this case shall take possession of all of the guns owned by Mr. Brosnan and shall keep them in the Pretrial Services safe until further order of the Court.

The pretrial services officer shall immediately take possession of the guns directly from defendant's mother. Mr. Brosnan shall not have any possession, even temporarily, of the guns.

Dated: March 30, 2011.

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE