IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BROSNAN,<br><br>    Defendant.<br>_____ / | No. CR 10-0068 WHA<br><br>**REQUEST FOR GOVERNMENT RESPONSE REGARDING DEFENDANT'S REQUEST FOR STAY OF SURRENDER DATE PENDING APPELLATE RULING ON BAIL ISSUE** |

    Defense counsel has filed a request for a stay of defendant's surrender date pending an appellate ruling on the issue of whether defendant may remain out of custody on bail pending appeal. The government shall please respond by **MONDAY, MAY 2, 2011, AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 28, 2011.

                                        /s/ William Alsup
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE