**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0068 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING DEFENDANT'S SURRENDER DATE AND STAYING HIS SURRENDER** |
| JOHN BROSNAN, | |
| Defendant. | |

Defendant was ordered to self-surrender by May 6, 2011. Defendant has now moved for bail pending appeal in the court of appeals. Defendant requests a stay of his surrender date pending an appellate ruling on the issue of whether he may remain out of custody on bail pending appeal. The government agrees that defendant's surrender date should be stayed. Pursuant to the Ninth Circuit's rules, if a defendant is on bail at the time he files a motion for bail pending appeal, "that bail will remain in effect until the court rules on the motion." Ninth Circuit Rule 9-1.2(e).

Defendant's surrender date is hereby vacated and his surrender stayed pending an appellate ruling on defendant's motion for bail pending appeal. Defendant shall remain on his current bond until further order of this Court. When the court of appeals decides the motion for

bail pending appeal, the parties shall inform the Court promptly of the decision. If defendant's motion is denied, a new surrender date will be set at that time.

**IT IS SO ORDERED.**

Dated: May 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE