IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN BROSNAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. CR 10-0068 WHA<br><br>**ORDER REQUESTING RESPONSE FROM DEFENSE COUNSEL REGARDING SURRENDER DATE** |

　　　The court of appeals has denied defendant's motion for bail pending appeal. The government has requested a surrender date of May 27 at noon. Defense counsel shall please respond concerning this suggested date by **TOMORROW, MAY 26, AT NOON**. If a later date is requested, counsel shall please provide a justification for the additional requested time.

　　　**IT IS SO ORDERED.**

Dated: May 25, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/ Wm Alsup
　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE