United States District Court
For the Northern District of California

1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11  UNITED STATES OF AMERICA,                 No. CR 10-0068 WHA
12              Plaintiff,
13      v.                                    **ORDER SETTING SURRENDER DATE**
14  JOHN BROSNAN,
15              Defendant.
16  _____/
17          This order sets a surrender date for the defendant of **JUNE 24, 2011, AT NOON**.  In their
18  response concerning the surrender date, defense counsel also request modifications to
19  defendant's conditions of release.  That request is denied without prejudice; defendant and the
20  pretrial services officer shall endeavor to work together on conditions in light of this new date.
21          Defendant shall report to the federal institution designated by the bureau of prisons on or
22  before June 24, 2011.  If there has been no designation made prior to the surrender date, then
23  defendant is to report to the office of the United States Marshal on the 20th Floor of 450 Golden
24  Gate Avenue, San Francisco, by noon on the surrender date.
25
26          **IT IS SO ORDERED.**
27
28  Dated:  May 26, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE