IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN BROSNAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　／ | No. CR 10-0068 WHA<br><br>**ORDER REQUESTING RESPONSE FROM THE GOVERNMENT TO DEFENDANT'S MOTION FOR RETURN OF SEIZED PROPERTY** |

　　　　The government shall please respond to defendant's motion for return of seized property by **JUNE 10, 2011**.

　　　　**IT IS SO ORDERED.**

Dated: June 7, 2011.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE