1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11    UNITED STATES OF AMERICA,                No. CR 10-0068 WHA

12              Plaintiff,

13        v.                                   **ORDER REQUESTING RESPONSE
                                               FROM THE DEFENSE TO THE
14    JOHN BROSNAN,                            GOVERNMENT'S MOTION FOR
                                               RESTITUTION**
15              Defendant.

16    _____/

17          Defense counsel shall please respond to the government's motion for restitution by

18    **NOON ON JULY 8, 2011**.

19

20          **IT IS SO ORDERED.**

21

22    Dated:  June 30, 2011.

23                                             WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California