IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00068 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S NOTICE OF APPEAL** |
| JOHN BROSNAN, | |
| Defendant. | |

An order dated August 15 denied defendant John Brosnan's motion for a new trial (Dkt. No. 249). On September 10, defendant's notice of appeal regarding the August 15 order was filed (Dkt. No. 251). Under Federal Rule of Appellate Procedure 4(b)(1)(A)(i), defendant's notice of appeal should have been filed within 14 days of the August 15 order. Rule 4(b)(4), however, may allow for an extension of time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by Rule 4(b), "[u]pon a finding of excusable neglect or good cause."

On September 25, our court of appeals remanded this matter for the limited purpose of providing defendant notice and an opportunity to request that the time for filing his notice of appeal be extended as described above. This appellate order to remand is copied below and attached hereto:

> On September 6, 2013, appellant filed, pursuant to Federal Rule of Appellate Procedure 4(c)(1), a notice of appeal from the district court's order entered on August 15, 2013. Because the notice of appeal was filed more than 14 days after entry of the order, it was not timely under Federal Rule of Appellate Procedure 4(b)(1)(A). The notice of appeal was, however, filed within 30 days after the

expiration of the time to file the notice of appeal. *See* Fed. R. App. P. 4(b)(4). Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause. *See* Fed. R. App. P. 4(b)(4); *United States v. Ono*, 72 F.3d 101, 103 (9th Cir. 1995) (order); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976). The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination. The district court is also requested to serve its order on appellant at the following address: Reg. No. 14505-111, Federal Correctional Institution- Taft, P.O. Box 7001, Taft, California 93268. The proceedings in this court are held in abeyance pending the district court's determination. The Clerk shall serve this order on the district judge.

Accordingly, defendant is requested to please file an explanation as to what his grounds are for excusable neglect or good cause such that a 30-day extension of the time to file his notice of appeal may be granted under Rule 4(b)(4). This explanation will be due by **NOON ON OCTOBER 24.**

**IT IS SO ORDERED.**

Dated: September 26, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

FILED

UNITED STATES COURT OF APPEALS

SEP 25 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN BROSNAN,<br><br>Defendant - Appellant. | No. 13-10477<br><br>D.C. No. 3:10-cr-00068-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On September 6, 2013, appellant filed, pursuant to Federal Rule of Appellate Procedure 4(c)(1), a notice of appeal from the district court's order entered on August 15, 2013. Because the notice of appeal was filed more than 14 days after entry of the order, it was not timely under Federal Rule of Appellate Procedure 4(b)(1)(A). The notice of appeal was, however, filed within 30 days after the expiration of the time to file the notice of appeal. *See* Fed. R. App. P. 4(b)(4). Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause. *See* Fed. R. App. P. 4(b)(4); *United States v. Ono*, 72 F.3d 101, 103 (9th Cir. 1995) (order); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976).

The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination. The district court is also requested to serve its order on appellant at the following address: Reg. No. 14505-111, Federal Correctional Institution-Taft, P.O. Box 7001, Taft, California 93268.

The proceedings in this court are held in abeyance pending the district court's determination.

The Clerk shall serve this order on the district judge.