IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BROSNAN,<br><br>    Defendant.<br>                                         / | No. C 10-00068 WHA<br><br>**ORDER RE MOTION TO STAY** |

The government has requested a stay in the instant habeas proceedings pending petitioner's appeal of the denial of his motion for an evidentiary hearing. "A district court should not entertain a habeas petition while there is an appeal pending in [the court of appeals] or in the Supreme Court." *Black v. United States*, 269 F.2d 38, 41 (9th Cir. 1959). This is because the "disposition of the appeal may render the motion unnecessary." *Ibid*.

While most of petitioner's habeas petition claims are related to the issues raised in his appeal, some claims are not. Thus, the government's request to stay the habeas proceedings is **DENIED**. The government will be given **FOURTEEN ADDITIONAL DAYS** to respond to the order to show cause and must file its response by **JANUARY 4, 2013**.

In due course on an issue by issue basis, the Court may decide to stay the instant habeas proceedings on certain issues. The government should update the Court as petitioner's appeal progresses in the court of appeals.

**IT IS SO ORDERED.**

Dated: November 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE