1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

        Petitioner,                   No. C 10-00068 WHA

    v.

UNITED STATES OF AMERICA,        **ORDER RE FOURTH**
                             **DISCOVERY REQUEST**

        Respondent.
_____/

       Petitioner has filed his fourth motion for discovery in his Section 2255 habeas action for

"all documentation in [the government's] possession regarding CLIQ " (Br. at 4).  CLIQ, or

Credit Line IQ, is allegedly a credit repair business opened by Don Oberle.  Like his past

discovery requests, petitioner does not provide any supporting evidence or documentation.

Petitioner has not provided the date that this alleged business began, and thus it is possible that

CLIQ was created after judgment was entered against petitioner in the underlying criminal

action.  Moreover, petitioner has not alleged that the government has *any* documents on CLIQ to

produce to him.

       Petitioner's fourth discovery motion is no more meritorious than its predecessors because

it is "explor[ing petitioner's] case in search of its existence."  *Calderon v. United States District*

*Court for the Northern District of California*, 98 F.3d 1102, 1106 (9th Cir.1996) (citations omitted).  Petitioner's motion is **DENIED.**

**IT IS SO ORDERED.**

Dated:  December 5, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California