IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. C 10-00068 WHA

**ORDER RE SECOND MOTION TO STAY**

On November 7, 2013, the government's request to stay the proceedings of defendant's Section 2255 motion was denied because defendant's direct appeal of the order denying an evidentiary hearing did not raise all of the same issues raised in his motion. On November 12, 2013, petitioner filed an interlocutory appeal of the order denying defendant's request for an extension of time to appeal the denial of his motion for a new trial. Petitioner's November 12 direct appeal overlaps with *all* of the claims in his Section 2255 motion (Dkt. No. 279).

Our court of appeals has stated that a district court shall not entertain a Section 2255 motion while there is a direct appeal pending. *United States v. LaFromboise*, 427 F.3d 680, 686 (9th Cir. 2005) (citations omitted). Thus, **ALL PROCEEDINGS ARISING FROM DEFENDANT'S SECTION 2255 MOTION ARE HEREBY STAYED** pending the resolution of his direct appeals, including any of defendant's discovery requests.

The government shall submit a status report on **MARCH 7, 2014, AT NOON**, or sooner if defendant's direct appeal proceedings are resolved earlier.

**IT IS SO ORDERED.**

Dated: December 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2