IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. C 10-00068 WHA

**ORDER LIFTING STAY**

    On December 10, 2013, an order stayed all proceedings in defendant's Section 2255 motion pending the outcome of his direct appeals. On April 22, 2014, our court of appeals dismissed all of defendant's direct appeals for failure to perfect the appeal. In response to an order to show cause, the government certified on May 20 that the stay could be lifted. Accordingly, the stay on defendant's Section 2255 motion is hereby **LIFTED**.

    The government is ordered to show cause by **NOON ON AUGUST 15, 2014**, why defendant's Section 2255 motion should not be granted, if that is its position, and to file then all portions of the record previously transcribed and relevant to the motion. If the government

opposes the motion, defendant shall have **30 DAYS** from submission of the opposition to reply. The Clerk shall serve this order upon defendant and the United States.

**IT IS SO ORDERED.**

Dated: May 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE