IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**ORDER RE MODIFICATION OF FORM 12 CONDITION**

On August 11, 2014, Special Condition Nine of defendant's Form 12 was modified as follows: The defendant shall seek the Court's permission in advance of filing any civil lawsuits, except for a collateral attack associated with this criminal case.

This order now explains, as stated in open court on January 29, 2015, what defendant must do if he wishes to file a new civil lawsuit. Before defendant may file any civil lawsuit, anywhere in the world, he must obtain Judge Alsup's permission in writing. This cannot be done through the front desk in the clerk's office. Rather, defendant must submit his proposed lawsuit directly to Judge Alsup's clerk, Dawn Toland (or her successor), and defendant may not take any further action on it until he receives written permission to file the lawsuit from Judge Alsup.

Moreover, defendant has already filed a collateral attack associated with his criminal case, a Section 2255 petition which was denied (Dkt. No. 309). Civil lawsuits against Mr. Oberle or anyone else are not collateral attacks on his criminal conviction.

**IT IS SO ORDERED.**

Dated: January 30, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE