**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHN BROSNAN,

      Defendant.

_____/

No. CR 10-00068 WHA

**REQUEST FOR GOVERNMENT RESPONSE**

Defendant John Brosnan has filed a motion requesting the return of all property seized from him, including all computers and other electronic devices. The government is requested to respond by **NOON ON MARCH 16, 2015.**

Dated:  March 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE