IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**REQUEST FOR GOVERNMENT AND PROBATION RESPONSE**

    Defendant John Brosnan has filed a motion to modify his Form 12 conditions (Dkt. No. 317). The government and the probation department are requested to respond to defendant's motion by **NOON ON APRIL 1, 2015.**

    Defendant has also filed a motion for the return of seized property (Dkt. No. 315). The government is requested to respond to that motion by **NOON ON APRIL 1, 2015.**

Dated: March 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE