IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**ORDER RE DEFENDANT'S MOTIONS**

Defendant John Brosnan has filed two *pro se* motions (Dkt. Nos. 315, 317). *First*, defendant moves for the return of property seized during a search of his house and which the government used as evidence at his trial. Because defendant's habeas petition has been denied (Dkt. No. 309) and the time for seeking a certificate of appealability has passed, the government does not oppose this motion. Defendant's motion for return of property is thus **GRANTED**.

*Second*, defendant moves to modify his Form 12 condition, which requires him to receive permission from the undersigned judge before filing any lawsuit. Defendant has not shown any good cause for this modification. In fact, since the Court held an evidentiary hearing to clarify the scope of this condition in January, defendant has submitted three different complaints he wishes to file. Defendant's motion to modify his Form 12 condition is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE