**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**ORDER RE DEFENDANT'S PROPOSED LAWSUITS**

    In accordance with the terms of his supervised release, defendant John Brosnan seeks permission from the undersigned judge to file two new lawsuits (*Brosnan v. FedEx Freight, Inc.* and *Brosnan v. Consolidated World Travel, Inc.*). On their faces, these complaints do not appear to be frivolous and permission to file these lawsuits is **GRANTED**. This grant of permission is without prejudice to, and does not in any way affect any other prefiling review defendant may be subject to.

    **IT IS SO ORDERED.**

Dated: May 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE