IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION**

Defendant John Brosnan has filed a motion, *pro se*, for reconsideration of the order denying his motion to modify his Form 12 conditions. In August of last year, Special Condition Nine of defendant's Form 12 was modified as follows: "The defendant shall seek the Court's permission in advance of filing any civil lawsuits, except for a collateral attack associated with this criminal case." In January of this year, after an evidentiary hearing in which defendant explained that he did not fully understand this condition, the condition was clarified in a written order, stating (Dkt. No. 312): "Before defendant may file any civil lawsuit, anywhere in the world, he must obtain Judge Alsup's permission in writing." Two months later, defendant moved to modify this condition. That motion was denied (Dkt. No. 322).

Now, defendant moves for reconsideration of the order denying the motion to modify his Form 12 conditions. Defendant's motion does not assert any new and material facts that would warrant reconsideration of the prior order. Defendant's motion is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: June 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE