Name: John Brosnan
Address: PO Box 21281
City, State, Zip: El Sobrante, CA 94820
Phone: 5103506542
Fax:
E-Mail: johnbrosnanlegal@gmail.com

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

2015 JUL -9 P 3: 26

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 10-00068 WHA |
| v. | |
| John Brosnan | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____John Brosnan_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Motion for Reconsideration

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____June 1, 2015_____. Entered on the docket in this action on June 1, 2015 _____.

A copy of said judgment or order is attached hereto.

June 3, 2015
Date

Signature
☒ Appellant/Pro Se  ☐ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)  NOTICE OF APPEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN BROSNAN,

    Defendant.

No. CR 10-00068 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION**

Defendant John Brosnan has filed a motion, *pro se*, for reconsideration of the order denying his motion to modify his Form 12 conditions. In August of last year, Special Condition Nine of defendant's Form 12 was modified as follows: "The defendant shall seek the Court's permission in advance of filing any civil lawsuits, except for a collateral attack associated with this criminal case." In January of this year, after an evidentiary hearing in which defendant explained that he did not fully understand this condition, the condition was clarified in a written order, stating (Dkt. No. 312): "Before defendant may file any civil lawsuit, anywhere in the world, he must obtain Judge Alsup's permission in writing." Two months later, defendant moved to modify this condition. That motion was denied (Dkt. No. 322).

Now, defendant moves for reconsideration of the order denying the motion to modify his Form 12 conditions. Defendant's motion does not assert any new and material facts that would warrant reconsideration of the prior order. Defendant's motion is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: June 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**Proof of Service — CR 10-00068 WHA**

GAVRIELLA ALLALA,

I, ~~Elsa Esparza~~, declare as follows: My address is, 1200 Fitzgerald Drive, Pinole, CA 94564. On the below stated date, I served **NOTICE OF APPEAL**, on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Pinole, California, addressed to, Robin L. Harris, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2015.

_[signature]_
Signature