JOHN BROSNAN
P.O. Box 21281
EL SOBRANTE, CA 94820
510.350.6542
johnbrosnanlegal@gmail.com
Pro Se



ORIGINAL FILED
2015 JUL -9 P 3:25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 10-00068 WHA |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO COMPEL RETURN OF PROPERTY** |
| Vs. | |
| JOHN BROSNAN | |
| Defendant. | |

**I.**

**NOTICE OF MOTION AND MOTION**

1. John Brosnan ("Brosnan"), moves the court for an Order Compelling the United States of America to comply with the Court's April 21, 2015, ORDER RE DEFENDANT'S MOTION'S (Dkt. 322), wherein the government was ordered to return property it seized from Brosnan.

**II.**

**STATEMENT OF RELIEF SOUGHT**

2. Return of Brosnan's property seized by the government.

**III.**

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

3. On April 21, 2015, the Court, ordered the government, to return seized property of Brosnan's (Dkt. 322).

4. Brosnan contacted the government in order to retrieve the seized property. The government has not responded.

5. As of July 7, 2015, the government has not contacted Brosnan, regarding the return of Brosnan's property.

IV.

**CONCLUSION**

6. Brosnan, therefore, respectfully requests that the government be compelled to return Brosnan property.

DATED: July 8, 2015

_____
John Brosnan

**Proof of Service**

I, GABRIELLA ALLALA, declare as follows: My address is, 1200 Fitzgerald Drive, Pinole, CA 94564. On the below stated date, I served **NOTICE OF MOTION AND MOTION TO COMPEL RETURN OF PROPERTY**, on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Pinole, California, addressed to, Robin L. Harris, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2015.

_____
signature