IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JOHN BROSNAN,

      Defendant.

                                     /

No. CR 10-00068 WHA

**ORDER RE NEW MOTIONS**

      Defendant John Brosnan has filed two new *pro se* motions. *First*, Brosnan requests a return of all property seized by the government during its case-in-chief. In an April filing, the government indicated that it did not oppose the return of Brosnan's property (Dkt. No. 320). Brosnan, however, states that the government has not responded to his attempts to recover the property at issue. The government is requested to please respond regarding the status of the return of Brosnan's property by **NOON ON AUGUST 17, 2015.**

      *Second*, Brosnan again moves for reconsideration of the order denying his request to modify the conditions of his supervised release. His first motion for reconsideration was denied (Dkt. No. 326). His latest motion adds no new facts or anything else that would warrant reconsideration and is thus **DENIED**.

      **IT IS SO ORDERED.**

Dated: July 27, 2015.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE