MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7016
    FAX: (415) 436-7234
    Robin.Harris2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 10-0068 WHA |
| Plaintiff, ) | GOVERNMENT'S STATUS MEMORANDUM RE: RETURN OF PROPERTY |
| v. ) | |
| JOHN BROSNAN, ) | |
| Defendant. ) | |

    The United States attaches hereto as Exhibit 1, the July 16, 2015 letter from the Federal Bureau of Investigation to Defendant. Exhibit 1 explains that Defendant must personally contact the FBI to arrange for collection of the items at issue. Defendant was also advised that he could provide a letter of authorization to the Federal Bureau of Investigation if he wished someone else to retrieve the items.

DATED: July 27, 2015                          Respectfully submitted,

                                                    MELINDA HAAG
                                                    United States Attorney

                                                    /s/
                                                    ROBIN L. HARRIS
                                                    Assistant United States Attorney

# EXHIBIT 1



**U.S. Department of Justice**
**Federal Bureau of Investigation**
450 Golden Gate Avenue, 13th floor
San Francisco, CA  94102

In Reply, Please Refer to
File No.   72-SF-143377

July 16, 2015

VIA CERTIFIED US MAIL
John Brosnan
P.O. Box 21281
El Sobrante, CA 94820

Dear Mr. Brosnan:

Items that were obtained in connection with an investigation by the Federal Bureau of Investigation (FBI) which resulted in your incarceration are of no further value to this agency or the Department of Justice. The government was directed to return these items to you by an order issued by United States District Court Judge William Alsup, Northern District of California, and dated April 21, 2015. The items are described as follows:

1. Mac laptop bearing serial number W86521RYW0J, 4 GB compact flash card, three (3) IOGear thumb drives, Lexar jump drive, 2 GB drive, peripherals;
2. Mac laptop bearing serial number W8544HNLSX0 and media storage entitled HD 099 Time Machine;
3. external hard drive bearing serial number WXH108445416 and components;
4. Nexstar SX 2.5 inch hard drive and firewire hard drive bearing number 4151001134
5. scanner – white;
6. MP9 digital pocket recorder;
7. MP4 recorder bearing number US4800A67003126;
8. two (2) folders of documents
9. three (3) hard drives bearing serial numbers: NL24T3917DV0, WCAPZ1202715, 01017809 and 1 GB USB Sony memory stick;
10. docupen;
11. hard drive bearing serial number 6369002;
12. HP desktop A305W bearing number CNZ410006W;
13. four (4) pieces of paper and general purpose book;
14. priority mail envelope containing documents;
15. yellow notepad and documents;
16. North American Title Company envelope containing documents
17. plastic container with red plastic lid labeled 0048 and contents;

18. Macintosh 7600-132 bearing serial number XB6384E88LY
19. plastic container with red lid labeled 0022 and contents;
20. address book, three (3) small boxes labeled typecase, book – "How to change your name," one (1) envelope labeled blue tattoo, one (1) folder labeled bankruptcy, one (1) folder labeled speeding appeal
21. one (1) 512 MB flash card

The items must be collected, and signed for in person. Please contact FBI Special Agent Maya Clark, telephone 415-553-7400, to arrange a time for you to collect the items. These items cannot be released to anyone other than you without your written consent. Should you wish to authorize someone other than you to collect the items, please indicate as such in a letter addressed to: FBI Special Agent Maya Clark, Federal Bureau of Investigation, 450 Golden Gate Avenue, 13th floor, San Francisco, California 94102. Your authorization letter should at a minimum include the name of the individual you are authorizing to collect the items on your behalf and a current contact telephone number for the individual.

Please respond within thirty (30) days from the date of this letter so that disposition of the items may be completed.

Sincerely,

David J. Johnson
Special Agent in Charge

By:
Charles Gunther
Supervisory Special Agent


Cc:   Doron Weinberg, attorney at law
      Robin Harris, Assistant United States Attorney