JOHN BROSNAN
P.O. Box 21281
EL SOBRANTE, CA 94820
510.350.6542
johnbrosnanlegal@gmail.com
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>JOHN BROSNAN<br><br>    Defendant. | Case No. CR 10-00068 WHA<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL RETURN OF MEMORY FROM LAPTOP COMPUTERS** |

I.

**NOTICE OF MOTION AND MOTION**

  1.   John Brosnan ("Brosnan"), moves the court for an Order Compelling the United States of America to comply with the Court's April 21, 2015, ORDER RE DEFENDANT'S MOTION'S (Dkt. 322), wherein the government was ordered to return property it seized from Brosnan.

II.

**STATEMENT OF RELIEF SOUGHT**

  2.   Return of Brosnan's property seized by the government.

III.

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

  3.   On April 21, 2015, the Court, ordered the government, to return seized property of Brosnan's (Dkt. 322).

  4.   On August 3, 2015, Brosnan met with Maya Clark

1

("Clark") of the Federal Bureau of Investigation ("FBI"). To retrieve the seized property. Of the returned items were two laptop computers. Clark did not return to Brosnan the digital memory of the data stored in the Random Access Memory ("RAM") of both laptop computers. It's Brosnan's understanding that the RAM from both laptop computers was deleted. The government has not returned the contents of the RAM.

## IV.
## CONCLUSION

5.   Brosnan, therefore, respectfully requests that the government be compelled to return to Brosnan the contents of the RAM from both the laptop computers.

DATED: August 21, 2015

John Brosnan

**Proof of Service**

I, Jennifer Toy, declare as follows: My address is, 2309 Noriega Street, #104, San Francisco, CA 94612. On the below stated date, I served **NOTICE OF MOTION AND MOTION TO COMPEL RETURN OF MEMORY FROM LAPTOP COMPUTERS**, on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in San Francisco, California, addressed to, Robin L. Harris, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2015.

signature