```
JOHN BROSNAN
P.O. Box 21281
EL SOBRANTE, CA 94820
510.350.6542
johnbrosnanlegal@gmail.com
Pro Se
```

FILED
2015 AUG 21 P 3: 20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>JOHN BROSNAN<br><br>    Defendant. | Case No. CR 10-00068 WHA<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER ORDERING THE GOVERNMENT TO PROVIDE JOHN BROSNAN WITH IMAGES OF SEIZED MEMORY DEVICES** |

### I.
### NOTICE OF MOTION AND MOTION

1. John Brosnan ("Brosnan"), moves the court for an Order ORDERING THE GOVERNMENT TO PROVIDE JOHN BROSNAN WITH IMAGES OF SEIZED MEMORY DEVICES.

### II.
### STATEMENT OF RELIEF SOUGHT

2. The government seized property belonging to Defendant John Brosnan. Included in the items seized by the government were computer storage devices ("CSDs").

3. It was Brosnan's understanding that the government, pursuant to a Court order, had turned over copies ("Images") of all seized CSDs to Brosnan's counsel. Brosnan's understanding was incorrect.

4. The government had withheld the contents of some CSDs.

1

## III.
## POINTS AND AUTHORITIES IN SUPPORT OF MOTION

5. The Court, ordered the government, to turn over to Brosnan's counsel, prior to trial, Images of all CSDs.

6. Brosnan's counsel informed Brosnan that all seized items had been inventoried and that Images of all CSDs had been provided to Brosnan's counsel prior to trial.

7. On August 3, 2015, Brosnan met with Maya Clark ("Clark") of the Federal Bureau of Investigation ("FBI"). To retrieve Brosnan's seized property.

8. Of the returned items were two laptop computers. Clark did not return to Brosnan the digital memory of the data stored in the Random Access Memory ("RAM") of both laptop computers.

9. The government did not provide, to Brosnan's counsel, Images of the RAM from the laptop computers.

10. It's Brosnan's understanding that the RAM from both laptop computers was deleted. The government has not returned the contents of the RAM.

11. Clark returned to Brosnan, a Computer Storage Device ("CSD"), bearing serial number BH0711804895B, which had never been disclosed to Brosnan's counsel as part of the items seized.

12. Clark returned to Brosnan, a CSD, bearing serial number BH070804992B, no image was provided of said CSD to Brosnan's counsel.

13. A laptop computer containing a compact disk ("CD"), was seized but the CD was not disclosed.

14. No Image of the CD was provided to Brosnan's counsel.

## IV.
## CONCLUSION

15. The Court, ordered the government to turn over to Brosnan's counsel, Images of all CSDs seized by the government, the government did not comply with said order.

1     **16.** Brosnan, therefore, respectfully requests that the
2 government be ordered to provide to Brosnan the Images of the
3 RAM from both laptop computers, the Image of the CSD bearing
4 serial number BH0711804895B, the Image of the CSD bearing serial
5 BH070804992B, and the Image of the CD.

DATED: August 21, 2015           _/s/ John_

                                John Brosnan

**Proof of Service**

I, Jennifer Toy, declare as follows: My address is, 2309 Noriega Street, #104, San Francisco, CA 94612. On the below stated date, I served **NOTICE OF MOTION AND MOTION FOR ORDER ORDERING THE GOVERNMENT TO PROVIDE JOHN BROSNAN WITH IMAGES OF SEIZED MEMORY DEVICES**, on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in San Francisco, California, addressed to, Robin L. Harris, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102. I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 21, 2015.

_/s/ Jennifer K. Toy_
signature