IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN BROSNAN,<br><br>   Defendant.<br>_____ / | No. CR 10-00068 WHA<br><br>**REQUEST FOR GOVERNMENT RESPONSE** |

   Defendant John Brosnan has filed a new motion to compel the government to return "memory" from seized laptop computers and to compel the government to provide him with images from seized memory devices. The government is requested to respond by **OCTOBER 5, 2015**.

Dated: September 21, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE