IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BROSNAN,<br><br>    Defendant.<br> / | No. CR 10-00068 WHA<br><br>**ORDER RE DEFENDANT'S APPEAL** |

    Defendant John Brosnan has filed a notice of appeal of the order denying his motion to reconsider the conditions of his supervised release (Dkt. No. 327).  Because the appeal was untimely, our court of appeals provided defendant a 30-day window to show cause as to why his appeal had been filed late (Dkt. No. 333).  This order affirms that defendant did not respond to that order and has not shown any good cause or excusable neglect as to why his appeal was untimely.  The **CLERK** shall please serve this order on the United States Court of Appeals for the Ninth Circuit.

Dated: October 19, 2015.

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE