1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,

11              Plaintiff,                          No. CR 10-00068 WHA

12       v.

13   JOHN BROSNAN,                                  **ORDER RE DEFENDANT'S**
                                                    **MOTION FOR RETURN**
14              Defendant.                          **OF PROPERTY**

15   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/

16        Defendant John Brosnan has filed another motion for return of property, despite

17   numerous representations from the government that it no longer possesses any property

18   belonging to Brosnan.  Tellingly, Brosnan's motion does not contain any sworn record, merely

19   repeated accusations that the government has stolen images related to his computer and memory

20   devices.

21        According to the FBI 302 report, in August 2015 Brosnan met with FBI Special Agents

22   Marc Songsanand and Maya Clark regarding return of the remaining property the government

23   seized during Brosnan's underlying criminal case.  According to the agents, after they handed

24   Brosnan the remaining property seized during the 2010 search, Brosnan attempted to manipulate

25   the meeting by producing a small CD from his pocket and pretending that agents had failed to

26   list this CD on the list of items that were being released.  Brosnan now requests the return of

27   images related to this CD.

28

**United States District Court**
For the Northern District of California

Based on Brosnan's numerous attempts to manipulate these proceedings, and the lack of any sworn record detailing the property the government is allegedly keeping from him, Brosnan's motion to compel the return of property is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 30, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2