IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN BROSNAN,

    Defendant.

No. CR 10-0068 WHA

**ORDER TO SHOW CAUSE**

    The Pretrial Services Agency seeks authorization to dispose of and destroy firearms and assorted ammunition seized from defendant. Defendant wishes to transfer the firearms to an individual in Nevada. Defendant is hereby **ORDERED TO SHOW CAUSE** why Pretrial's request should not be granted. A hearing is hereby **SET** for **NOVEMBER 29 AT 2:00 P.M.** Defendant's sworn record and an accompanying brief **NOT TO EXCEED EIGHT PAGES** shall be submitted by **NOVEMBER 22 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 28, 2016.

                                                           WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE