IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

No. CR 10-0068 WHA

v.

JOHN BROSNAN,

    Defendant.

**ORDER REQUESTING RESPONSE**

On November 30, 2017, defendant John Brosnan filed a motion which seeks an order directing the Pretrial Services Agency to transfer certain of defendant's firearms to a licenced firearms dealer and to return a paintball gun and a pellet gun to defendant. Defendant's motion is set for hearing on December 12, 2017.

Defendant's motion states that the government does not oppose his request to transfer the firearms to the identified dealer, but is silent on the government's position regarding the paintball and pellet guns. The government's response to defendant's request for return of the paintball and pellet guns, if any, shall be filed by **DECEMBER 11 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE